```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 25456
    STEPHEN D GARNER
    KARLA J MARTINEZ                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-6318     SSN XXX-XX-0686
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/24/08 .

2. The case was converted to Chapter 7 without confirmation, 11/14/2008.

3. The Debtor paid a total of $    540.89 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| WFNNB/HARLEM FURNITURE | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                         UNSECURED       NOT FILED              .00          .00
HSBC                         UNSECURED       NOT FILED              .00          .00
HSBC                         UNSECURED       NOT FILED              .00          .00
HSBC                         UNSECURED       NOT FILED              .00          .00
HSBC                         UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED              .00          .00
CITIBANK                     UNSECURED       NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S     UNSECURED       NOT FILED              .00          .00
        Summary of disbursements:
-----------------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00          .00
PRINCIPAL PAID         .00         .00          .00          .00          .00
INTEREST PAID          .00         .00          .00          .00          .00
TOTAL PAID             .00         .00          .00          .00          .00
The Debtor's attorney, CHAD M HAYWARD                 , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    540.89 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/16/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 25456 STEPHEN D GARNER & KARLA J MARTINEZ
```